

# United States District Court
# Eastern District of California

Yvonne Villian Montgomery

Plaintiff(s)

V.

Lowe's Home Centers, LLC

Defendant(s)

Case Number: 2:26-cv-01231-DJC-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Anna R. Rick _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Yvonne Villian Montgomery

On _____10/25/2019_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Minnesota_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Bradley Norman King v. Amazon.com, Inc., 1:25-cv-00712, August 25, 2025, Granted

Yasmeen Maklani v. Amazon.com Inc., 1:25-cv-01027, August 25, 2025, Granted

Date: _____04/16/2026_____    Signature of Applicant: /s/ ____Anna R. Rick____

**Pro Hac Vice Attorney**

Applicant's Name: Anna R. Rick

Law Firm Name: Johnson Becker, PLLC

Address: 444 Cedar Street, Suite 1800

City: Saint Paul         State: MN    Zip: 55101

Phone Number w/Area Code: 6124361884

City and State of Residence: Minneapolis, MN

Primary E-mail Address: arick@johnsonbecker.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jordon R. Harlan, Esq.

Law Firm Name: Harlan Hillier DiGiacco LLP

Address: 701 Island Avenue, Second Floor

City: San Diego         State: CA    Zip: 92101

Phone Number w/Area Code: 6193305120         Bar # 273978

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 16, 2026                Daniel J. Calabretta
                                     JUDGE, U.S. DISTRICT COURT