**BRYAN CAVE LEIGHTON PAISNER LLP**
Helen C. Goodman, CA Bar. No. 324725
helen.goodman@bclplaw.com
Jennifer L. D'Addabbo, CA Bar No. 364473
jennifer.daddabbo@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4070
Telephone:     +1 415 675 3400
Facsimile:     +1 415 675 3434

*Attorney for Defendant*
LOWE'S HOME CENTERS, LLC

**HARLAN HILLIER DIGIACCO LLP**
Jordon R. Harlan, CA Bar. No. 273978
jordon@hhdlaw.com
701 Island Avenue, 2nd Floor
San Diego, California  92101
Telephone:     +1 619 330 5120
Facsimile:     +1 619 839 3895
**JOHNSON BECKER, PLLC**
Anna R. Rick, MN Bar No.  0401065 (*Pro Hac Vice*)
arick@johnsonbecker.com
444 Cedar Street, Suite 1800
St. Paul, Minnesota  55101
Telephone:     +1 612 436 1800
Fax:             +1 612 436 1801

*Attorneys for Plaintiff*
YVONNE VILLIAN MONTGOMERY

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE VILLIAN MONTGOMERY, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>        Defendant. | Case No. 2:26-cv-01231-DJC-SCR<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND TIME TO ANSWER THE INITIAL COMPLAINT; ORDER**<br><br>**(F.R.C.P. 6; E.D. Cal. L.R. 144(A))**<br><br>Action Filed: March 31, 2026<br>Current Response Date: April 29, 2026<br>New Response Date: June 22, 2026<br>Trial Date: Not Assigned |

Plaintiff Yvonne Villian Montgomery ("Plaintiff") and Defendant Lowe's Home Centers,

LLC ("Defendant"), collectively referred to as "Parties," hereby stipulate to and respectfully request an order extending Defendant's deadline to answer Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144(a):

**WHEREAS**, on March 31, 2026, Plaintiff filed the Complaint.

**WHEREAS**, on April 8, 2026, upon information and belief, Defendant was personally served with the Summons and Complaint in North Carolina.

**WHEREAS**, Defendant's original deadline to respond was April 29, 2026.

**WHEREAS,** undersigned counsel for Defendant has only now been retained to represent Defendant in this action.

**WHEREAS**, the Parties agreed to extend Defendant's time to answer up to and including June 22, 2026.

**WHEREAS**, good cause exists to extend Defendant's time to answer because Defendant was in the process of obtaining counsel.

**WHEREAS**, this is the first request for an extension before this Court.

**WHEREAS**, the extension will not alter any deadline already fixed by the Court, as there is not yet a Scheduling Order entered in this case.

**NOW, THEREFORE,** the Parties stipulate and respectfully request that Defendant's deadline to answer the Complaint shall be extended until June 22, 2026.  Nothing in this stipulation shall constitute a waiver of any arguments or defenses that the Parties may wish to assert in their pleadings, all of which are expressly reserved.

**IT IS SO STIPULATED.**

STIPULATION TO EXTEND TIME TO
ANSWER COMPLAINT
2:26-CV-01231-DJC-SCR

Dated: June 11, 2026                    Respectfully submitted,

                                        **BRYAN CAVE LEIGHTON PAISNER LLP**
                                        Helen C. Goodman, CA Bar No. 324725
                                        Email: helen.goodman@bclplaw.com
                                        Jennifer L. D'Addabbo, CA Bar No. 364473
                                        Email: jennifer.daddabbo@bclplaw.com


                                        By: */s/ Helen Goodman*
                                            Helen C. Goodman
                                            Jennifer L. D'Addabbo

                                        *Attorney for Defendant*
                                        LOWE'S HOME CENTERS, LLC

Dated: June 11, 2026                    **HARLAN HILLIER DIGIACCO LLP**
                                        Jordon R. Harlan, CA Bar No. 273978
                                        Email: jordon@hhdlaw.com


                                        By: */s/ Jordon R. Harlan*
                                            Jordon R. Harlan


Dated: June 11, 2026                    **JOHNSON BECKER, PLLC**
                                        Anna R. Rick, MN Bar No. 0401065
                                        *Pro Hac Vice*
                                        Email: arick@johnsonbecker.com


                                        By: */s/ Anna R. Rick*
                                            Anna R. Rick

                                        *Attorneys for Plaintiff*
                                        YVONNE VILLIAN MONTGOMERY

STIPULATION TO EXTEND TIME TO
ANSWER COMPLAINT
2:26-CV-01231-DJC-SCR

## <u>ORDER</u>

Having reviewed the Joint Stipulation and Request to Extend Time to Answer the Initial Complaint (the "Joint Stipulation"), and finding that good cause exists, the Court grants the relief requested in the Joint Stipulation and hereby orders that Defendant Lowe's Home Centers, LLC's deadline to answer Plaintiff Yvonne Villian Montgomery's Complaint shall be extended through and including June 22, 2026.

**IT IS SO ORDERED.**

Dated:  June 11, 2026                                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO
ANSWER COMPLAINT
2:26-CV-01231-DJC-SCR